UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 04-26497-MBM |
| RANDY J. GILLETTE | : | |
| | : | CHAPTER 7 |
| Debtor | : | |
| _____ | : | |
| RANDY J. GILLETTE, | : | ADVERSARY NO. |
| Plaintiff, | : | |
| vs. | : | |
| SANDRA L. MILLER, | : | |
| Defendants. | : | |

**COMPLAINT TO AVOID PREFERENCE
PURSUANT TO 11 U.S.C. § 547**

**NOW COMES** the Debtor, Randy J. Gillette, by and through his attorneys, SANTILLAN & EISEN, P.C., and Michael C. Eisen, Esquire, who files the within COMPLAINT TO AVOID PREFERENCE PURSUANT TO 11 U.S.C. § 547, of which the following is a statement:

1. Petitioner is the Debtor in this Chapter 7 Bankruptcy proceeding. This case was filed voluntarily by the Debtor on May 14, 2004.

2. Jurisdiction of this Honorable Court is based on 28 U.S.C. §§ 1334 and 157. Venue is this case is established by 28 U.S.C. § 1408.

3. The Defendant, Sandra L. Miller, is a disputed creditor of this Debtor. The Defendant alleges that they are owed approximately $3,239.50.

4. The Defendant is provided as an unsecured creditor in the Debtor's Chapter 7 Schedule of Debts.

5. Prior to the filing of the within Bankruptcy case, the Defendant entered a judgment against the Debtor with District Justice James A. Reed, Lawrence County, Pennsylvania in the amount of $3,239.50, at Docket Number CV-0000023-03. Said judgment was entered on or about March 14, 2004.

6. The judgment obtained by the Defendant constitutes a preferential transfer pursuant to 11 U.S.C. § 547 in that by the entry of the judgment within ninety (90) days prior to the Bankruptcy filing, the

Defendant has obtained more than would be obtained as a general unsecured creditor if the preference had not occurred.

      7.      As a preferential transfer, this judgment is avoidable by the Debtor in this Chapter 7 Bankruptcy proceeding pursuant to the provisions of 11 U.S.C. § 547.

**WHEREFORE**, the Debtor, Randy J. Gillette, respectfully requests that this Honorable Court enter an Order avoiding the judicial lien held by the Defendants, Sandra L. Miller.

      Respectfully submitted,

      **SANTILLAN & EISEN, P.C.**

Date: 7/29/04      /s/ Michael C. Eisen
      Michael C. Eisen, Esquire
      Attorney for the Debtor
      650 Corporation Street
      Suite 304
      Beaver, PA 15009
      (724) 770-1040
      PA ID No.74523